**RENESAS TECHNOLOGY AMERICA, INC., Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant,**

and

**Micron Technology, Inc., Defendant–Appellant.**

Nos. 04–1473, 04–1474.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Before NEWMAN, MAYER, and CLEVENGER, Circuit Judges.

CLEVENGER, Circuit Judge.

The government appeals the final decision of the United States Court of International Trade granting summary judgment to Renesas Technology America, Inc. ("the appellee"). *See Renesas Tech. Am., Inc. v. United States,* No. 00–00114, 2003 WL 21972721 (Ct. Int'l Trade Aug. 18, 2003) ("*Renesas*").

The relevant facts and issues raised by the parties in this case are materially indistinguishable from those in *Nissei Sangyo Am., Ltd. v. United States,* 139 Fed. Appx. 264 (Fed.Cir.2005) ("*Nissei Sangyo*"). As discussed in *Nissei Sangyo,* this court's decisions in *Consolidated Bearings*

*Co. v. United States,* 348 F.3d 997 (Fed. Cir.2003) ("*Consolidated Bearings I*") and *Consolidated Bearings Co. v. United States,* 412 F.3d 1266 (Fed.Cir.2005) ("*Consolidated Bearings II*") foreclose the appellee's arguments. In those cases, this court held that an unreviewed reseller is not statutorily entitled to the manufacturer's review rate and that the Department of Commerce ("Commerce") has consistently liquidated unreviewed entries at the cash deposit rate. Therefore the instructions from Commerce in this case ordering Customs to liquidate appellee's entries at the cash deposit rate were in accordance with law and were not arbitrary, capricious, or an abuse of discretion.

In accordance with the decisions in *Consolidated Bearings I, Consolidated Bearings II,* and *Nissei Sangyo,* we must *reverse* the decision of the Court of International Trade.